SM/EM: USAO 2020R00346
PEB 8/22/23

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

SEP 2 6 2023

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SAMUEL WARREN,<br><br>Defendant. | CRIMINAL NO. RDB-23-0339<br><br>(Deprivation of Rights Under Color of Law, 18 U.S.C. § 242; Falsification of Records, 18 U.S.C. § 1519) |

**INFORMATION**

**COUNT ONE**
(Deprivation of Rights Under Color of Law)

The United States Attorney for the District of Maryland charges that:

On or about July 12, 2021, in the District of Maryland, the defendant,

**SAMUEL WARREN,**

while acting under color of law, willfully deprived an inmate, K.K., of the right, secured and protected by the Constitution and laws of the United States, to be free from cruel and unusual punishment, which includes the right to be free from a correctional officer's use of excessive force without penological justification. Specifically, the defendant, while working as a correctional officer, punched K.K. multiple times without legal justification, resulting in bodily injury to K.K.

18 U.S.C. § 242

## COUNT TWO
(Falsification of Records)

The United States Attorney for the District of Maryland further charges that:

On or about July 12, 2021, in the District of Maryland, the defendant,

**SAMUEL WARREN,**

acting in relation to and in contemplation of a matter within the jurisdiction of the Federal Bureau of Investigation, an agency of the United States, knowingly falsified and made a false entry in a record and document with the intent to impede, obstruct, and influence the investigation and proper administration of that matter. Specifically, the defendant, while working as a correctional officer, knowingly wrote a false report—in which he, among other things, omitted the fact that he had punched K.K. multiple times without legal justification—in an effort to cover up the unlawful assault.

18 U.S.C. § 1519

By: [signature]

Digitally signed by
SARAH MARQUARDT
Date: 2023.09.25
13:26:48 -04'00'

Erek L. Barron
United States Attorney

Date: September 25, 2023