**Chambers of**  
Richard D. Bennett  
United States District Judge  
Northern Division

**U.S. Courthouse - Chambers 5D**  
101 W. Lombard Street  
Baltimore, MD 21201  
Tel: 410-962-3190  
Fax: 410-962-3177

December 4, 2023

TO COUNSEL OF RECORD

    RE:   *USA v. Samuel Warren*  
            Criminal No. RDB-23-0339

Dear Counsel:

This will confirm the Sentencing of the above-captioned Defendant has been rescheduled. The Revised Schedule is as follows:

    **Sentencing:**      April 16, 2024 at 11:00 a.m.

Although informal in format, this letter nonetheless constitutes an Order of Court and the Clerk is directed to docket it as such.

               Sincerely,

               /s/

               Richard D. Bennett  
               United States District Judge

RDB/klf#