# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

**Chambers of**  
Richard D. Bennett  
United States District Judge  
Northern Division

U.S. Courthouse - Chambers 5D  
101 W. Lombard Street  
Baltimore, MD 21201  
Tel:  410-962-3190  
Fax: 410-962-3177

April 11, 2024

TO COUNSEL OF RECORD

    RE:   *USA v. Samuel Warren*  
             Criminal No. RDB-23-0339

Dear Counsel:

This will confirm the Sentencing of the above-captioned Defendant has been rescheduled.  The Revised Schedule is as follows:

    **Sentencing:**        June 11, 2024  at 2:30 p.m.

Although informal in format, this letter nonetheless constitutes an Order of Court and the Clerk is directed to docket it as such.

                        Sincerely,

                        /s/

                        Richard D. Bennett  
                        United States District Judge

RDB/klf#