**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| **Chambers of**<br>Richard D. Bennett<br>United States District Judge<br>Northern Division | U.S.Courthouse - Chambers 5D<br>101 W. Lombard Street<br>Baltimore, MD 21201<br>Tel:  410-962-3190<br>Fax: 410-962-3177 |

July 16, 2024

TO COUNSEL OF RECORD

    RE:   *USA v. Samuel Warren*
            Criminal No. RDB-23-0339

Dear Counsel:

This will confirm the Sentencing of the above-captioned Defendant has been rescheduled.  The Revised Schedule is as follows:

**Sentencing:**        October 29, 2024  at 11:00 a.m.

Although informal in format, this letter nonetheless constitutes an Order of Court and the Clerk is directed to docket it as such.

        Sincerely,

         /s/

        Richard D. Bennett
        United States District Judge

RDB/klf#