**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

**Chambers of**  U.S.Courthouse - Chambers 5D
**Richard D. Bennett**  101 W. Lombard Street
**United States District Judge**  Baltimore, MD 21201
**Northern Division**  Tel:  410-962-3190
  Fax: 410-962-3177

October 16, 2024

TO COUNSEL OF RECORD

    RE:   *USA v. Samuel Warren*
             Criminal No. RDB-23-0339

Dear Counsel:

This will confirm the Sentencing of the above-captioned Defendant has been rescheduled.  The Revised Schedule is as follows:

    **Sentencing:**        January 28, 2025  at 11:00 a.m.

Although informal in format, this letter nonetheless constitutes an Order of Court and the Clerk is directed to docket it as such.

                            Sincerely,

                              /s/

                            Richard D. Bennett
                            United States District Judge

RDB/klf#