**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

**Chambers of**  
Richard D. Bennett  
United States District Judge  
Northern Division

U.S.Courthouse - Chambers 5D  
101 W. Lombard Street  
Baltimore, MD 21201  
Tel:  410-962-3190  
Fax: 410-962-3177

March 25, 2025

TO COUNSEL OF RECORD

    RE:   *USA v. Samuel Warren*
            Criminal No. RDB-23-339

Dear Counsel:

This will confirm the Sentencing of the above-captioned Defendant has been rescheduled.  The Revised Schedule is as follows:

**Sentencing:**        February 19, 2026  at 2:30 p.m.

Although informal in format, this letter nonetheless constitutes an Order of Court and the Clerk is directed to docket it as such.

                Sincerely,

                  /s/

                Richard D. Bennett  
                United States District Judge

RDB/klf#