IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| | *   Criminal No.: MJM-23-0339 |
| v. | * |
| | * |
| SAMUEL WARREN | * |

\* \* \* \* \* \* \* \* \* \* \* \*

### MOTION TO SEAL

Defendant Samuel Warren, by and through his attorney, C. Justin Brown, hereby moves this Honorable Court to file the attached document UNDER SEAL. In support of this Motion, undersigned counsel states the following:

1. The attached document contains personal information related to the defendant's sentencing that need not be part of the public record.

**WHEREFORE**, Defendant respectfully requests that this Honorable Court GRANT this Motion to Seal.

Respectfully submitted,

_____/s/_____
C. Justin Brown
BROWN LAW
233 E. Redwood St., suite 1000C
Baltimore, MD 21202
Tel: (410) 244-5444
Fax: (410) 934-3208

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 26, 2026, a copy of this Motion was served on all parties via CM/ECF.

                                        _____/s/_____
                                        C. Justin Brown

Case 1:23-cr-00339-MJM   Document 32   Filed 02/26/26   Page 2 of 2