IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Case No. 1:24-cr-00339 |
| ) | |
| SAMUEL WARREN ) | |
| ) | |

## GOVERNMENT'S MOTION TO SEAL SENTENCING MEMORANDUM

The United States of America, by counsel, respectfully moves this Court to seal the Government's Sentencing Memorandum, which is due to be filed March 4, 2026. The sealing of the Sentencing Memorandum is requested in order to safeguard from public scrutiny certain sensitive information which would come to light were the Memorandum to become public knowledge either by way of reports published in the media or otherwise.

A copy of the Sentencing Memorandum will be provided to the Defendant through his counsel.

Respectfully submitted,

| | |
|---|---|
| KELLY O. HAYES | HARMEET K. DHILLON |
| United States Attorney | Assistant Attorney General |
| District of Maryland | Civil Rights Division |
| */s/ Paul Budlow* | */s/ Anita T. Channapati* |
| By: Paul Budlow | By: Anita T. Channapati |
| Assistant United States Attorney | Trial Attorney |
| 36 S. Charles Street 4th Fl. | 950 Pennsylvania Ave. NW |
| Baltimore, MD 21201 | Washington, DC 20530 |
| Tel. (410) 209-4917 | Tel. (202) 598-1033 |
| paul.budlow@usdoj.gov | anita.channapati@usdoj.gov |

## CERTIFICATE OF SERVICE

      I hereby certify that on March 4, 2026, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to counsel for the defendant.

                                                  s/ *Anita T. Channapati*
                                                  Anita T. Channapati
                                                  Trial Attorney